DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                        NO. 12-07-00204-CV

        

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

MICKEY
J. HUGHES,         §          APPEAL FROM THE 

APPELLANT

 

V.        §          COUNTY
COURT AT LAW OF

 

AMIE
HUGHES AND IN THE 

BEST
INTEREST OF D.S.H.,         §          CHEROKEE COUNTY, TEXAS

A
MINOR CHILD




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            Appellant Mickey J. Hughes has filed a motion to abate or
withdraw his notice of appeal.  Along
with his motion, he has furnished proof that a new trial has been granted by
the trial court in the underlying divorce action.  A copy of the motion has been sent to
Appellee.  Because Appellant has met the
requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is
granted, and the appeal is dismissed.

Opinion
delivered June 20, 2007.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

(PUBLISH)